1
2
3
4
5
6
7               **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| GREEN-LIGHT INTERNATIONAL, LLC, | CASE NO. 2:16-cv-6250-R-GJS |
| | **ORDER REMANDING ACTION TO STATE COURT** |
| Petitioner, | Action removed: August 19, 2016 |
| v. | Judge: Hon. Manuel L. Real |
| RAVEN ASSET-BASED OPPORTUNITY FUND II LP; and RAVEN ASSET-BASED OPPORTUNITY FUND III LP, | |
| Respondents. | |

ORDER REMANDING ACTION TO STATE COURT

LA 132743061v1

WHEREAS, on August 19, 2016, Respondents removed this action to this court from the Superior Court of the State of California for the County of Los Angeles;

WHEREAS, on September 15, 2016, the parties met and conferred and stipulated to remand of this action to state court,

IT IS HEREBY ORDERED as follows:

1. The parties' stipulation to remand this action to state court is hereby APPROVED, and this action is hereby ORDERED remanded to state court, with each party to bear its own fees and costs;

2. The Clerk of the Court shall mail a certified copy of this Order of remand to the clerk of the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated:  September 22, 2016            _____
                                      Hon. Manuel L. Real,
                                      United States District Judge